ORIGINAL

CAHILL & O'NEILL
Attorneys at Law

Peter T. Cahill, Esq.   5151
John M. O'Neill, Esq.   6314
2233 Vineyard Street, Suite D
Wailuku, Maui, Hawaii  96793
Tel: (808)244-6929
Fax: (808)244-9643

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 8 2006

at 11 o'clock and 30 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CYNTHIA LOW,                    )   CIVIL NO. CV04-00503(HG)(LEK)
                                )
              Plaintiff,        )
                                )
         v.                     )   REPORT OF PARTIES PLANNING
                                )   MEETING; CERTIFICATE OF SERVICE
CASTLE & COOKE RESORTS, LLC,    )
dba MANELE BAY HOTEL, a         )
Hawaii limited liability        )
corporation,                    )
                                )
              Defendants.       )
_____)

REPORT OF PARTIES PLANNING MEETING

        Pursuant to F.R.C.P., Rule 26(f) several meetings have
taken place between Peter T. Cahill local counsel for plaintiff
and Keith Hiraoka and Leighton Hara local counsel for
defendants.  Peter T. Cahill has also had numerous telephone
conferences with Kenneth Robbins, Esq. lead local counsel for
defendant Diocese of Kansas City-St. Joseph.

I.    **PRETRIAL DISCLOSURES**

        The parties have exchanged limited pretrial
disclosures.  Plaintiffs have deposed representatives of each

defendant with a limited scope on the issue of personal jurisdiction.

## II.    DISCOVERY PLAN

The parties agreed to conduct written discovery as permitted by the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the District of Hawaii.

Depositions shall be as permitted by Court rule.  The parties at this time do not see any need to request discovery in excess of that permitted by the rules.

All filing dates and expert disclosures shall be pursuant to the Court's Scheduling Conference Order.

## III.    OTHER ITEMS

The parties are currently discussing alternative dispute resolution.

## IV.    TRIAL MATTERS

The parties anticipate that trial would take one week. Trial date would be as set by the Court.

DATED:  Wailuku, Maui, Hawaii, August 24, 2006.

Peter T. Cahill, ESQ.
John M. O'Neill, ESQ.
Attorneys for Plaintiff

Doe\Rprt Pts Plng Mtg

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon the below-listed counsel of record on August 24, 2006:

Kenneth Robbins, Esq.
Davies Pacific Center, Suite 2200
841 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
DIOCESE OF KANSAS CITY-ST. JOSEPH
**VIA U.S. MAIL**

Keith Hiroaka, Esq.
Rhonda Ching, Esq.
ROECA LOUIE & HIRAOKA
Davies Pacific Center, Suite 900
841 Bishop Street
Honolulu, Hawaii 96813

DATED:  Wailuku, Maui, Hawaii, August 24, 2006.

Peter T. Cahill, ESQ.
John M. O'Neill, ESQ.
Attorneys for Plaintiffs

Doe\Rprt Pts Plng Mtg